EDWARD MCNAMARA, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

*McNamara* v. *Brooklyn City R. R. Co.*, 11 Misc. Rep. 667, affirmed.
(Argued March 3, 1898; decided March 22, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered March 25, 1895, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*G. V. S. Williams* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not sitting.

---

MARSHALL P. STAFFORD, Appellant, *v.* CHARLES C. AZBELL, Respondent.

*Stafford* v. *Azbell*, 8 Misc. Rep. 316, affirmed.
(Argued March 3, 1898; decided March 22, 1898.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered June 14, 1894, affirming a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term.

*John W. Weed* for appellant.

*Delos 'McCurdy* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., absent, and BARTLETT, J., dissenting.